IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DOSSIE MAE STRICKLAND,      )
                            )
    Plaintiff,               )
                            )    CIVIL ACTION NO.
    v.                       )    3:14cv193-MHT
                            )        (WO)
J.T.M. CORPORATION, a       )
Foreign Corporation, and    )
PARKWAY VILLAGE ASSOCIATES, )
LLLP, a Foreign Limited     )
Liability Limited           )
Partnership,                )
                            )
    Defendants.              )
```

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 19), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of May, 2014.

                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE